FILED
2017 Apr-10 PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

| State of Alabama Unified Judicial System  Form SM-1 (front) Rev. 3/95 | STATEMENT OF CLAIM (Complaint) General | Case Number DV 201700085 |
|---|---|---|

IN THE SMALL CLAIMS COURT OF **Jefferson County**, ALABAMA

**I'mon Washington** (Plaintiff) v. **The Scion Group LLC** (Defendant)

Plaintiff's Home Address: 1300 3rd Ave S Apt. 230C, Birmingham, AL 35233

Defendant's Home Address: 444 N Michigan Ave STE 2600, Chicago, IL 60611

Additional Defendant(s) and Addresses: Jennifer Roswold, 1300 3rd Ave S, Birmingham, AL 35233

### NOTICE TO EACH DEFENDANT – READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

### COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ **10,000** because: **emotional distress per violation of HIPPA laws, breach of contract, untimely payment of commission, working in a hostile environment**

2. Plaintiff also claims from the defendant court costs in the sum of $_____ (see note below), plus $_____ for interest and $ **0.00** for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

District Court of Jefferson County Civil
Room 500
716 Richard Arrington Jr Blvd N
Birmingham, Alabama 35203
205-325-5831
Clerk's Phone No.

Plaintiff or Plaintiff's Attorney (Signature)
Attorney Code _____
(205) 239-1119
Plaintiff's or Plaintiff's Attorney's Phone Number

Date of Filing _____

FILED IN OFFICE
DISTRICT CIVIL DIVISION
MAR 16 2017
ANNE-MARIE ADAMS
CLERK

DV201700085

Form SM-1 (back) Rev. 3/95

## INSTRUCTIONS TO THE PLAINTIFF'S

This is your case, and if you are acting as your own lawyer, you are responsible in seeing that your claim is successfully presented at each stage of the procedure until it is concluded.

1. You must complete one of these forms for each defendant you wish to sue. Each defendant must be described by his/her correct legal name and address (not a post office box). Be as brief as possible but include every important name, date and place.
2. To start your case you must file the completed form with the clerk assigned to Small Claims cases. The clerk will stamp a copy for you to show that the case has been filed and will insert the number of the case on the front of this form.
3. You are responsible for seeing that each defendant receives a copy of this form. If you haven't heard from anyone about the case in about fourteen days, then check with the clerk's office, to make sure that each defendant has been served.
4. If any of the defendants ask for a trial you will be notified of the place, the date, and the time. You must be present or your case will be dismissed. You may take a judgment by default fourteen (14) days after the defendant has received a copy of this form, if the defendant fails to file his/her Answer.
5. You are responsible to see to the enforcement of any judgment that is awarded to you. It is not the responsibility of the court or the clerk to collect the judgment for you.

ANY TIME YOU CONTACT THE CLERK ABOUT THIS CASE YOU MUST REFER TO THE CASE NUMBER ON THE FRONT.

## INSTRUCTIONS TO SHERIFF OR PROCESS SERVER

To Any Sheriff or Any Person Authorized by Rule 4.1(b)(1) or 4.1(b)(2) of the Alabama Rules of Civil Procedure to Effect Service in the State of Alabama.

You are hereby commanded to serve this Summons and a copy of the Statement of Claim in this action upon the defendant(s) named FILED IN OFFICE DISTRICT CIVIL DIVISION

and make proper return to this court.
MAR 16 2017

Date _____ ANNE-MARIE ADAMS  _____Anne-Marie Adams_____  By_____
                CLERK                      Clerk

RETURN ON SERVICE:

Served on defendant(s) named _____

by delivering a copy of the Summons and Statement of Claim to him/her in _____

County, Alabama, on (Date) _____

_____
Process Server Signature

_____
Title of Process Server

This service by certified mail of this Summons and Statement of Claim is initiated upon the request of _____ pursuant to Rule 4.1.(c) of the Alabama Rules of Civil Procedure.

Date Requested _____  Date Mailed _____

Return Receipt Date _____  _____ By _____
                                         Clerk

```
AVSO355                    ALABAMA JUDICIAL DATA CENTER
                               DEFENDANTS ANSWER
                           DISTRICT CIVIL      CASE:DV 2017 000085.00 RPB
-------------------------------------------------------------------------
  IN THE DISTRICT COURT OF JEFFERSON       COUNTY       DT FILED: 03/16/2017

  I'MON WASHINGTON V. THE SCION GROUP LLC ET AL

    ROSWOLD JENNIFER
    1300 3RD AVE S

    BIRMINGHAM, AL   35233-0000
              SSN: 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      HOME PHONE:_____ WORK:_____
-------------------------------------------------------------------------
  DEFENDANTS ANSWER TO THE COMPLAINT: PLEASE PRINT

  NOTICE: IF YOU HAVE BEEN SUED IN A COUNTY IN WHICH YOU DO NOT LIVE AND IF
  THE SUIT AGAINST YOU IS NOT FOR SERVICES OR WORK AND LABOR PERFORMED IN
  THE COUNTY WHERE SUIT HAS BEEN FILED, YOU MAY REQUEST THAT IT BE
  TRANSFERRED TO YOUR HOME COUNTY. IF THIS APPLIES, COMPLETE "A" BELOW.

  CHECK ONE:

  A  _____  I DO NOT LIVE IN THIS COUNTY, I WANT THIS CASE TRANSFERRED TO MY
              HOME COUNTY OF _____
  B  _____  I ADMIT EVERYTHING IN THE STATEMENT OF CLAIM AND DO NOT WANT
              A TRIAL  (THIS MEANS THAT YOU CONSENT TO A JUDGMENT FOR THE
              AMOUNT CLAIMED PLUS COURT COSTS.)
  C  _____  I ADMIT I OWE SOME MONEY, BUT NOT THE TOTAL AMOUNT CLAIMED BY THE
              PLAINTIFF(S). (IF THIS BLOCK IS CHECKED, THE CASE WILL BE SET
              FOR TRIAL. PLEASE NOTE THAT ANY MONEY PAID BY YOU ON THIS
              CLAIM AFTER THE SUIT WAS FILED MAY NOT BE REFLECTED ON THE
              STATEMENT OF CLAIM WHICH YOU RECEIVED. YOU SHOULD CONTACT THE
              PERSON WHO HAS SUED YOU OR HIS ATTORNEY TO DETERMINE THE
              PRESENT BALANCE WHICH IS CLAIMED.)
  D  _____  X DENY THAT I AM RESPONSIBLE AT ALL. (EXPLAIN BELOW)

  IF YOU CHECKED "C" OR "D", BRIEFLY EXPLAIN THE REASONS FOR YOUR ANSWER.


-------------------------------------------------------------------------
  NAME AND ADDRESS OF EMPLOYER                    |  BUSINESS PHONE




-------------------------------------------------------------------------
  THIS ANSWER MUST BE SIGNED BY THE PERSON OR PERSONS WHO HAVE BEEN SUED OR
  THEIR ATTORNEY. AN ANSWER WHICH IS NOT SIGNED OR WHICH IS NOT SIGNED BY
  THE PROPER PERSON CANNOT BE CONSIDERED.
-------------------------------------------------------------------------
  KEEP A COPY FOR YOUR FILES. MAIL ORIGINAL TO THE COURT ADDRESS BELOW.
  MAIL A COPY TO THE PLAINTIFFS ATTORNEY AT THE ABOVE ADDRESS.

  SIGNATURE OF DEFENDANT OR ATTORNEY:_____

                    ADDRESS:_____


    CLERK:ANNE-MARIE ADAMS
          716 R.ARRINGTON BLVD N
          ROOM 500
          BIRMINGHAM   AL   35203
          (205)325-5331

OPERATOR: EVG
PREPARED: 03/20/2017
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Suion Group LLC
444 N Michigan Ave
STE 2600
Chicago, IL 60611

9590 9402 2181 6193 3748 56

2. Article Number (Transfer from service label)

7016 0340 0000 7882 7771

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                3-25-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below. ☐ No

DV 2017 0085

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   d Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

DOCUMENT 2

USPS TRACKING #

9590 9402 2121 6193 3748 55

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
DISTRICT CIVIL DIVISION
MAR 28 2017
ANNE-MARIE ADAMS
CLERK

District Court of Jefferson County Civil
Room 900
716 Richard Arrington Jr Blvd N
Birmingham, Alabama 35203
205-325-5331

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10