# Exhibit B

## IN THE SMALL CLAIMS COURT OF JEFFERSON COUNTY

| | |
|---|---|
| I'MON WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | DV-2017-000085.00 |
| ) | |
| THE SCION GROUP, LLC et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Anne-Marie Adams
    Clerk of Court, Jefferson County
    716 N. Richard Arrington Blvd.
    Birmingham, AL 35203

PLEASE TAKE NOTICE THAT Defendants The Scion Group, LLC and Jennifer Roswold have on this date filed a Notice of Removal with the Clerk of the Court for the United States District Court for the Northern District of Alabama, Southern Division. A copy of the Notice of Removal filed with the District Court is attached hereto as Exhibit 1. In accordance with 28 U.S.C. § 1446, you are respectfully requested to effect removal and proceed no further unless and until the case is remanded.

Respectfully submitted this 10th day of April 2017.

Respectfully Submitted,

s/ Jamie M. Brabston
Jamie M. Brabston MAN038

OF COUNSEL:
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
Fax: (205) 326-3008

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

    Ms. I'mon Washington
    1300 3rd Ave. S.
    Apt. 230C
    Birmingham, AL 35233

This the 10th day of April, 2017.

    s/ Jamie M. Brabston
    OF COUNSEL

557231